IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02690-BNB

WADE E. UNGER,

    Applicant,

v.

SHERIFF MINK,

    Respondent.

## ORDER OF DISMISSAL

Applicant Wade E. Unger, at the time he submitted the instant action to the Court, was detained at the Jefferson County Jail in Golden, Colorado. Mr. Unger, a *pro se* litigant, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. In an order filed on January 28, 2008, Magistrate Judge Boyd N. Boland instructed Mr. Unger to respond and show cause why the Application should not be denied for failure to exhaust state remedies. Mr. Unger was warned that the action would be dismissed without further notice if he failed to respond within thirty days from the date of the January 28, 2008, Order.

As opposed to responding to the January 28, 2008, Order, Applicant filed a Letter with the Court on January 30, 2008. In the Letter, Mr. Unger states that this Court granted his habeas corpus application on December 21, 2007, and that he needs to obtain "paper work" to send to the Jefferson County Sheriff's Office regarding the

instant action. Magistrate Judge Boland entered a Minute Order on January 31, 2008, in response to Applicant's Letter. The Minute Order informed Mr. Unger that only two orders had issued in the instant action. One of the orders granted Mr. Unger leave to proceed pursuant to 28 U.S.C. § 1915, and the other directed him to respond and show cause why the action should not be dismissed for failure to exhaust state remedies.

The Minute Order was returned to the Court on February 12, 2008, in an envelope marked "Return to Sender." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address.

Nonetheless, Applicant now has failed to comply with Magistrate Judge Boland's January 28, 2008, Order within the time allowed. Furthermore upon review of the Application, the Court finds that Magistrate Judge Boland correctly determined that Applicant should respond and show cause why the Application should not be denied for failure to exhaust state remedies. Therefore the action will be dismissed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to respond to the January 28, 2008, Order and to prosecute.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02690-BNB

Wade E. Unger
Prisoner No. P01018940
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk